**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA,**

    Plaintiff,

                                       Case No. 2:19-cv-496-FtM-38NPM

    v.

**ESTATE OF DEAN R. DANIELSEN,**
through Personal Representative
Paige A. Showalter,

    Defendant.
_____/

## **RESPONSE TO ORDER TO SHOW CAUSE**

The plaintiff, the United States of America, responds to the Court's Order [Doc. 12] to show cause why the complaint should not be dismissed for failure to prosecute as follows:

1. On July 18, 2019, the United States filed suit the above-styled complaint for judgment against the Estate of Dean R. Danielsen for the unpaid penalties assessed against him for his willful failure to report his foreign bank accounts. The complaint named a defendant, Paige A. Showalter in her capacity personal representative of the estate.

2. The United States served the complaint via email on Ms. Showalter's attorney, Mario Fazio, after prior government counsel, Valerie Preiss, orally confirmed Mr. Fazio had authority to accept service of process on her behalf.

3. Ms. Showalter did not file an answer, motion, or other responsive pleading; therefore, on August 28, 2019, the United States filed an Application for Entry of Default. [Doc. 7]

4. This Court denied the United States' application on December 13, 2019, because the United States did not provide sufficient evidence that Mr. Fazio had authority to accept service of process for Ms. Showalter. [Doc. 11]

5. To address the Court's concern regarding the service of process, the United States diligently worked to obtain a declaration from Mr. Fazio attesting to his authority to accept service in this matter. To that end, undersigned counsel made numerous attempts to contact Mr. Fazio via phone and email to discuss the declaration between December 19, 2019 and January 28, 2020. Swietlik Decl. ¶¶ 3-7.

6. The United States secured a declaration from Mr. Fazio on January 28, 2020, and has now filed a Renewed Application for Entry of Default. [Doc. 13]

7. The United States regrets the length of time it has taken to respond to the Court's Order, but respectfully submits that the case should proceed.  The complaint seeks more than six million dollars in penalties for the defendant's failure to report interests in foreign bank accounts. The statute of limitations to file the complaint has now run. Therefore, dismissal would greatly prejudice the United States.

8. In view of the agreement with the defendant to not oppose the entry of judgment, there is no prejudice to the defendant in allowing this action to proceed.

For the reasons stated above, the United States respectfully asks the Court vacate the order to show cause and allow the clerk to enter the defendant's default.

Dated: January 29, 2020            Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By:   /s/ Amanda J. Swietlik
AMANDA J. SWIETLIK
Trial Attorney, Tax Division

U.S. Department of Justice
Post Office Box 14198
Washington, D.C. 20044
Telephone: (202) 514-8048
Fax: (202) 514-9868
Amanda.J.Swietlik@usdoj.gov

Of Counsel:
MARIA CHAPA LOPEZ
United States Attorney

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed electronically through the Court's ECF/PACER filing system on January 29, 2020 and that the foregoing was also served via email on the defendant, through counsel, at mfazio@meyersroman.com.

/s/ Amanda J. Swietlik
AMANDA J. SWIETLIK