UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No.: 2:19-cv-496-FtM-38NPM

ESTATE OF DEAN R. DANIELSEN, through personal representative Paige A. Showalter,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation ("R&R") (Doc. 21). The R&R considers Plaintiff's Corrected Motion for Default Judgment (Doc. 20). Neither party timely objected, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's R&R. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After a careful, complete, and independent examination of the file, the Court accepts and adopts the R&R in full.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 21) is **ACCEPTED and ADOPTED** and incorporated into this Order.

(2) Plaintiff's Corrected Motion for Default Judgment (Doc. 20) is **GRANTED**.

(3) The Clerk is **DIRECTED** to **enter a default judgment** in favor of the United States of America against the Estate of Dean R. Danielsen, through personal representative Paige A. Showalter, in the amount of $6,418,880.09.

(4) The Clerk is **DIRECTED** to terminate all pending motions or deadlines and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on October 21, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record